#4

15BG/MR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED

FEB - 5 2016

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16-0139

Name and address of Plaintiff:
James Lee Davis - DOC # 169791
950 2nd Ave. Pod 2F
Pittsburgh, PA 15219

v.

Full name, title, and business address
of each defendant in this action:
1. Wilkinsburg Police Department

3. Wilkinsburg Police Officer Michael Bender

2. Kim Marie Hoots, Magistrate Judge
907 West St.
Wilkinsburg, PA 15221

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.  Where are you now confined? Allegheny Co. Prison

    What sentence are you serving? Detained Pretrial

    What court imposed the sentence? Kim Marie Hoots

II. Previous Lawsuits

  A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit

       Plaintiffs _____ N/A _____

       Defendants _____ N/A _____

    2. Court (if federal court, name the district; if state court, name the county) and docket number
       _____ N/A _____

3. Name of judge to whom case was assigned ___N/A___

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

   ___N/A___

5. Approximate date of filing lawsuit ___N/A___

6. Approximate date of disposition ___N/A___

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where? ___N/A___
   When? ___N/A___
   Result: ___N/A___

III. What federal law do you claim was violated? __Fourth Amendment,__

__Fifth Amendment__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: __12/20/15__

B. Place of event: __500 South Ave. Pittsburgh, PA 15221__ (outside of home)

C. Persons involved--name each person and tell what that person did to you: __On 12/20/15, Wilkinsburg Police Department and their officer Michael Bender violated my Fourth and Fifth Amendment Rights under the Constitution by arresting me without probable cause and lying in their affidavit of probable cause stating they personally observed me drop a prescription bottle which contained crack cocaine.__

__On 12/20/15, at the preliminary hearing, Kim Marie Hoots heard testimony from Bender in which he stated he personally observed me doing nothing, contradicting his affidavit of probable cause and Hoots still allowed charges to be sent to Allegheny County making my incarceration period illegal.__

_____
_____
_____
_____
_____

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?

_____NO_____

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No ( )

C. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not: _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANT A FEDERAL INVESTIGATION INTO THE POLICE DEPARTMENT IN WILKINSBURG, INTO KIM HOOTS FOR CASE FIXING AND $1,000.00 PER DAY OF ILLEGAL INCARCERATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

1/31/16
(Date)

_____
(Signature of Plaintiff)